UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RAMIREZ,<br><br>        Plaintiff,<br><br>vs.<br><br>JEANNIE WOODFORD, et al.,<br><br>        Defendants.<br>_____/ | 1:05-cv-01494-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 8)<br><br>**ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** (Doc. 1)<br><br>**ORDER THAT DISMISSAL COUNT AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(G)** |

    Plaintiff Andrew Ramirez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 22, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that an objection to the Findings

1

1  and Recommendations was to be filed within thirty days.  On June
2  13, 2006, plaintiff filed objections to the Magistrate Judge's
3  Findings and Recommendations.
4      In accordance with the provisions of 28 U.S.C. §
5  636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u>
6  <u>novo</u> review of this case.  Having carefully reviewed the entire
7  file, the Court finds the Findings and Recommendations to be
8  supported by the record and by proper analysis.
9      Accordingly, IT IS HEREBY ORDERED that:
10     1.   The Findings and Recommendations, filed May 22, 2006,
11          is ADOPTED IN FULL;
12     2.   This action is DISMISSED, with prejudice, for
13          plaintiff's failure to state a claim upon which relief
14          may be granted under section 1983; and
15     3.   This dismissal shall count as a strike pursuant to 28
16          U.S.C. § 1915(g).

18  IT IS SO ORDERED.
19  **Dated:   July 29, 2006**              **/s/ Oliver W. Wanger**
    emm0d6                                  UNITED STATES DISTRICT JUDGE

2